Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL ANGEL BARAJAS et al., <br><br> Defendants. | CASE NO. 1:15-cv-01354-KJM-JLT <br><br> ORDER GRANTING REQUEST TO CONTINUE SCHEDULING CONFERENCE <br><br> (Doc. 12) |

To allow Plaintiff to complete service and to allow the parties to discuss the issues related to the scheduling conference, including whether the matter can be resolved, the scheduling conference is **CONTINUED** to **January 19, 2016 at 9:30 a.m.  Personal appearance by all counsel and unrepresented parties is REQUIRED**.

**IT IS SO ORDERED.**

   Dated:   **November 17, 2015**            **/s/ Jennifer L. Thurston**
                                             **UNITED STATES MAGISTRATE JUDGE**

**ORDER (Proposed)**
CASE NO. 1:15-cv-01354-KJM-JLT
PAGE 1