Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Miguel Angel Barajas, et al., <br><br> Defendants. | Case No. 1:15-cv-01354-DAD-JLT <br><br><br> ORDER |

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff's Request to Continue the hearing on Plaintiff's Renewed Motion for Award of Costs and Attorneys' Fees in the civil action *J & J Sports Productions, Inc. v. Barajas, et al.,* 1:15-cv-01354-DAD-JLT, is granted and the hearing is hereby continued from Tuesday, August 16, 2016 to Tuesday, October 18, 2016 at 9:30 am before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated:   **August 4, 2016**                          _____
                                                    UNITED STATES DISTRICT JUDGE